MN-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Lila Akan                                                                 Chapter 7 Case No. 05-30871

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Nicollet County Social Services<br>108 S. Minnesota Ave<br>St. Peter MN  56082 | 6 | $121.65 | $2.18 |
| Target National Bank<br>C/o Weinstein & Riley<br>2101 Fourth Ave Ste 900<br>Seattle, WA  98121 | 7 | $168.64 | $3.02 |
| Prime Acceptance Corp<br>200 West Jackson Blvd Ste 720<br>Chicago IL  60606 | 14 | $144.40 | $2.59 |

Dated: May 3, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

RECEIVED
11 MAY -4 AM 11:04
U.S. BANKRUPTCY COURT
ST. PAUL, MN

PCC # 3726